█ DEREK PAYNE, Respondent, v BUFFALO GENERAL HOSPITAL et al., Appellants, et al., Defendant. (Appeal No. 2.) [946 NYS2d 528]—Appeals from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered May 10, 2011 in a medical malpractice action. The order denied the motions of defendants-appellants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Payne v Buffalo General Hospital* (96 AD3d 1628 [2012]). Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.